**Raymond SHELTON, an Infant, by his Next Friend, Mildred Horner, Appellant, v. ST. JOSEPH LEAD CO. et al.**

No. 8766.

Circuit Court of Appeals, Eighth Circuit.

Aug. 29, 1930.

William R. Schneider, J. J. Cooney, and Alex R. A. Garesche, all of St. Louis, Mo., for appellant.

Robert A. Holland, Jr., Jacob M. Lashly, and Forrest C. Donnell, all of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal dismissed at costs of appellant, per stipulation of parties.

**Roberts K. SKINNER, Wm. C. Skinner, Jr., and Leon P. Broadhurst, Executors of the Will of William C. Skinner, Late of Hartford, Conn., Deceased, Plaintiffs-Appellants, v. Robert O. EATON, Collector of Internal Revenue, for the District of Hartford, Conn., Defendant-Appellee.**

No. 47.

Circuit Court of Appeals, Second Circuit.

Nov. 17, 1930.

E. F. Donaghue, of New York City, for appellants.

John Buckley, U. S. Atty., and John A. Danaher, Asst. U. S. Atty., both of Hartford, Conn., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Eldon O. Hanson, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for appellee.

See, also, 45 F.(2d) 568.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment [34 F.(2d) 576] affirmed.

**Mary Kathleen SULLIVAN, by W. T. Scarborough, Her Guardian ad Litem, Appellant, v. Joseph E. CURRY et al., etc., Appellees.**

No. 6267.

Circuit Court of Appeals, Ninth Circuit.

Oct. 13, 1930.

For opinion below see 40 F.(2d) 948.

Before RUDKIN and WILBUR, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Pursuant to motion of appellees, ordered appeal dismissed for failure of appellant to file record and docket cause.

**TEMCO MANUFACTURING CO., Appellant, v. NATIONAL ELECTRIC TICKET REGISTER CO.**

No. 8695.

Circuit Court of Appeals, Eighth Circuit.

July 5, 1930.

For opinion below, see 33 F.(2d) 777.

Hugh K. Wagner, of St. Louis, Mo., for appellant.

Luther Ely Smith, Elmer E. Pearcy, and Rodney Bedell, all of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal dismissed with prejudice at costs of appellant per stipulation of parties.